JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE DOUGLAS JOHNSON, | ) Case No. CV 08-6322-OP |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is hereby dismissed without prejudice for failure to prosecute.

DATED:   March 26, 2010

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge